```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

          -vs-                                    99-Cv-6052T

     LaSHAWN CASON,
     WENDELL CASON

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. Charles J. Siragusa.

SO ORDERED.

                                              S/ MICHAEL A. TELESCA
                                              MICHAEL A. TELESCA
                                              United States District Judge

Dated:  Rochester, New York
        December 14, 2006